PRICE OKAMOTO HIMENO & LUM

| WARREN PRICE, III | 1212 |
| ROBERT A. MARKS | 2163 |

707 Richards Street, Suite 728
Honolulu, Hawaii 96813
Phone: (808) 538-1113
Fax: (808) 533-0549
E-mail: ram@pohlhawaii.com

BLECHER & COLLINS, P.C.

MAXWELL M. BLECHER*
GARY M. JOYE*
515 South Figueroa Street, 17th Floor
Los Angeles, California 90071
Phone: 213-622-4222
Fax: 213-622-1656
E-mail: mblecher@blechercollins.com
E-mail: gjoye@blechercollins.com

Attorneys for Defendant and Counterclaim Plaintiff
MESA AIR GROUP, INC.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>HAWAIIAN AIRLINES, INC.,<br><br>Debtor. | Bankr. Case No. 03-00817<br>(Chapter 11)<br><br>Adv. No. 06-90026 |
| HAWAIIAN AIRLINES, INC.,<br>a Delaware corporation,<br><br>Plaintiff and Counterclaim<br>Defendant, | MOTION TO DISMISS COUNT 2<br>(TURNOVER CLAIM) OF<br>COMPLAINT FOR INJUNCTIVE<br>RELIEF, SPECIFIC PERFORMANCE<br>AND DAMAGES; MEMORANDUM |

*    Pro hac vice application pending.

EXHIBIT B

vs.

MESA AIR GROUP, INC.,
a Nevada corporation,

      Defendant and
      Counterclaim Plaintiff.

IN SUPPORT OF MOTION;
CERTIFICATE OF SERVICE

## MOTION TO DISMISS COUNT 2 (TURNOVER CLAIM) OF COMPLAINT FOR INJUNCTIVE RELIEF, SPECIFIC PERFORMANCE AND DAMAGES

Pursuant to Federal Rule of Civil Procedure 12(b)(6), made applicable to this proceeding by Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, Defendant Mesa Air Group, Inc. ("Mesa"), through their counsel, Price Okamoto Himeno & Lum, hereby moves to dismiss the second claim for relief contained in the Complaint for Injunctive Relief, Specific Performance, and Damages: 1. Breach of Contract; 2. Turnover of Property Under 11 U.S.C. § 542(a) (the "Complaint"), filed February 13, 2006, by Plaintiff Hawaiian Airlines, Inc. ("HAL"), a reorganized debtor, in the Chapter 11 Bankruptcy Case No. 03-00817.

This motion is based upon the foregoing rules, the attached memorandum of law, the reply memorandum to be filed hereafter, the record herein and the arguments of counsel.

Mesa requests a hearing date and time for this Motion be assigned after decision on the Motion for Withdrawal of Reference filed contemporaneously with the United States District Court pursuant to LBR 5011-1, and that the hearing on

this Motion be set before the Court that has jurisdiction over the case after decision

on the Motion for Withdrawal of Reference.

Dated:  Honolulu, Hawaii, March 16, 2006.

_____
WARREN PRICE III
ROBERT A. MARKS
MAXWELL BLECHER[*]
GARY M. JOYE[*]

Attorneys for Defendant and
Counterclaim Plaintiff
Mesa Air Group, Inc.