# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/17/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 04-00135JMS-01 |
| CASE NAME: | United States of America vs. Sefo Faalealea |
| ATTYS FOR PLA: | Thomas Muehleck |
| ATTYS FOR DEFT: | Robert Francis Miller |
| U.S.P.O: | Rosanne Donohoe |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Steve Platt |
| DATE: | 4/17/2006 | TIME: | 2:35 - 3:20 |

COURT ACTION:  Sentencing to Count 1 of the Superseding Indictment:

Defendant present in custody with counsel Robert Miller.

Memorandum of Plea Agreement accepted.

Allocution by the defendant.

Imprisonment 72 months; Supervised Release 3 years under the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

5. That the defendant shall not possess a firearm, ammunition, destructive device, or

    any other dangerous weapon.

Page 2
Criminal 04-00135JMS-01
U.S.A. vs. Sefo Faalealea
April 17, 2006

6.    That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

7.    That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

8    That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

No fine imposed.

Special Monetary Assessment $100.

Advised of rights to appeal.

RECOMMENDATION: Lompoc, California, or in the alternative any West Coast Facility.

That the defendant participate in educational and vocational training programs.

Governments Oral Motion to Dismiss Count 2 of the Superseding Indictment GRANTED.

Submitted by:   Dottie Miwa, Courtroom Manager